```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                       EASTERN DIVISION


INTERSCOPE RECORDS,           )
et al.,                       )
                              )
            Plaintiffs,        )
                              )
       vs.                    )    No. 4:06-CV-1262 (CEJ)
                              )
CHRISTOPHER GALLION,          )
                              )
            Defendant.         )
```

## **PERMANENT INJUNCTION**

**IT IS HEREBY ORDERED** that plaintiffs' motion for a permanent injunction is **granted.**

**IT IS FURTHER ORDERED** that defendant Christopher Gallion, his agents, servants, employees and representatives, and all others acting in concert with him are hereby enjoined and restrained from directly infringing plaintiffs' rights in the following copyrighted sound recordings:

1. "As The World Turns," on album *The Slim Shady*, by artist Eminem (SR # 262-686).

2. "My Own Summer," on album *Around the Fur*, by artist Deftones (SR # 244-493);

3. "Warped," on album *One Hot Minute*, by artist Red Hot Chili Peppers (SR # 243-059);

4. "Under the Bridge," on album *Blood Sugar Sex Magik*, by artist Red Hot Chili Peppers (SR # 135-276);

and in any other sound recording, whether now in existence or later

created, that is owned or controlled by plaintiffs (or any parent, subsidiary, or affiliate record label of plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e. download) any of Plaintiffs' Recordings, to distribute (i.e. upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of plaintiffs. Defendant shall also destroy all copies of Plaintiffs' Recordings that defendant has downloaded onto any computer hard drive or server without plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in defendant's possession, custody, or control.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 6th day of February, 2007